UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWIN MANUEL JIMENEZ,<br><br>Defendant. | **ORDER**<br><br>26 Cr. 234 (JSR) |

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution to Count One of the Information in this case was made before United States Magistrate Judge Gary Stein on June 5, 2026;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.  Sentencing is hereby scheduled for 9/3/26 at 2 pm. in Courtroom 14-B

**SO ORDERED:**

Dated: New York, New York
        June 17, 2026

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK